UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> LUIS RUBALLOS, et al., <br><br> Defendants. | 25-CV-2119 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered the operative complaint or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due on May 29, 2025, and the initial pre-trial conference scheduled for June 5, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 by no later than **June 6, 2025**. Failure by Plaintiff to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: May 13, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge