UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>                            Plaintiff,<br><br>-against-<br><br>LUIS RUBALLOS, et al.,<br><br>                            Defendants. | 25-CV-2119 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On May 30, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(a)(2). *See* ECF No. 26.

On June 10, 2025, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than June 23, 2025, as to why an order should not be issued granting a default judgment against Defendants. ECF No. 30. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline and still have not filed anything four months later.

Accordingly, a default judgment should be entered against the Defendants.

Further, it is hereby ORDERED that all parties appear for a conference with the Court on November 20, 2025, at 2:30 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 353579128#. The parties should be prepared to discuss the judgment to be entered following the default judgment.

The Clerk of Court is respectfully directed to terminate ECF No. 26.

Dated: October 23, 2025
      New York, New York

                                         SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge