UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HAND PROMOTIONS, INC.,

                              Plaintiff,

              -against-

LUIS RUBALLOS, et al.,

                              Defendants.

25-CV-2119 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

WHEREAS this matter came before the Court on the application of Plaintiff Joe Hand Promotions ("Plaintiff") for entry of a default judgment against Defendants Luis Ruballos and Dylan's Grill House Restaurant Corporation ("Defendants") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

WHEREAS Plaintiff filed an application for entry of default judgment seeking $20,000 in statutory damages for copyright infringement and $1,657 in costs joint and severally against the Defendants. *See* ECF No. 27.

WHEREAS Defendants did not file any opposition to Plaintiff's application for default judgment and failed to respond to the Court's Order to Show Cause for why it should not grant default.

WHEREAS the Court granted Plaintiff's application for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(a)(2). ECF No. 32.

WHEREAS the Court held a conference on November 20, 2025, to determine the judgment amount, and Defendant failed to appear.

THEREFORE, IT IS ADJUDGED AND ORDERED that for the reasons stated on the record at the November 20, 2025 conference, Defendants shall joint and severally pay Plaintiffs

$4,000 pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), $4,000 pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), and $1,657 in costs pursuant to 17 U.S.C. § 505.

FURTHER ORDERED that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is dismissed, and the Clerk of the Court shall close the case.

Dated:  November 24, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge